PER CURIAM.
 

 Affirmed.
 
 See Humane Soc’y of Broward County, Inc. v. Fla. Humane Soc’y,
 
 951 So.2d 966, 971 (Fla. 4th DCA 2007) (“To apply
 
 Christiansburg [Garment Co. v. Equal Employment Opportunity Commission,
 
 484 U.S. 412, 98 S.Ct. 694, 54 L.Ed.2d 648 (1978) ] to section 501.2105(1), [as appellants urge], would be to rewrite the statute. For this court to so change legislation would be an extra-judicial act which usurps legislative authority. Adoption of the
 
 Christiansburg
 
 standard in this case would steal from the trial court the very discretion that the legislature has allowed in determining FDUTPA fee awards.”).